**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:96CR132MU**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **HAU THANH HAU NGO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER** is before the Court on the written request of the United States Attorney for the Northern District of Georgia ("the U.S. Attorney") for release of Defendant's Pre-Sentence Investigation Report ("PSR"). Defendant is serving as a witness for the Government in a federal trial in Atlanta, and release of his PSR is necessary for the Government to prepare in that case. For this reason, and with assent of the United States Probation Office, Defendant's PSR is to be released to the U.S. Attorney immediately, solely for the purposes described above. The U.S. Attorney is authorized to release the PSR to defense counsel for the pending case.

      **IT IS SO ORDERED.**

      Signed: May 15, 2006

Graham C. Mullen
United States District Judge